IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM RICHARD "DICK" BURGESS, Plaintiffs, v. UTAH STATE PRISON et al., Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:17-CV-864 DAK District Judge Dale A. Kimball |

Plaintiff has not responded to the Court's October 15, 2018, order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee.

IT IS THEREFORE ORDERED that, for failure to comply with the Court's order and failure to prosecute, Plaintiffs' complaint is dismissed without prejudice.

DATED this 20th day of December, 2018.

BY THE COURT:

DALE A. KIMBALL
United States District Judge